UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOSPITAL SERVICE DISTRICT NO. 1 | * | CIVIL ACTION: 2:10-cv-01965 |
| (A POLITICAL SUBDIVISION OF THE | * | |
| PARISH OF TERREBONNE, STATE OF | | |
| LOUISIANA, D/B/A TERREBONNE | | |
| GENERAL MEDICAL CENTER) | | |
| | * | |
| VERSUS | * | JUDGE:  HELEN G. BERRIGAN |
| | * | |
| AETNA, INC., D/B/A AETNA LIFE INS., | * | MAGISTRATE:    JOSEPH   C. |
| CIGNA HEALTHCARE, BP CORPORATION | * | WILKINSON |
| NORTH AMERICA INC., AND JESSICA | | |
| BREASHER | | |

FILED: _____        _____
                                                                                                    DEPUTY CLERK

## **MOTION TO DISMISS WITH PREJUDICE**

**NOW COMES,** plaintiff, Hospital Services District No. 1, A Political Subdivision of the

Parish of Terrebonne, State of Louisiana, d/b/a Terrebonne General Medical Center, and moves

to dismiss the captioned matter in its entirety, including the claims against defendants, Aetna,

Inc., d/b/a Aetna Life Insurance Company, Connecticut General Life Insurance Company

(improperly named as CIGNA Healthcare), BP Corporation North America, Inc., and Jessica

Breasher, with prejudice, each party to bear their own costs.

Respectfully submitted,

*/s/ Thomas K. Watkins, Jr.*

_____

THOMAS K. WATKINS, JR. (#23358)
100 Ramey Road
Houma, Louisiana  70360
Telephone # (985) 851-5551
Fax (985) 851-5051
tom@tomwatkinslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the <u>13th</u> day of August, 2010, the undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Thomas K. Watkins, Jr.*

_____

THOMAS K. WATKINS