UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOSPITAL SERVICE DISTRICT NO. 1 (A POLITICAL SUBDIVISION OF THE PARISH OF TERREBONNE, STATE OF LOUISIANA, D/B/A TERREBONNE GENERAL MEDICAL CENTER) | * * * | CIVIL ACTION: 2:10-cv-01965 |
| VERSUS | * | JUDGE:  HELEN G. BERRIGAN |
| | * | |
| AETNA, INC., D/B/A AETNA LIFE INS., CIGNA HEALTHCARE, BP CORPORATION NORTH AMERICA INC., AND JESSICA BREASHER | * * | MAGISTRATE:  JOSEPH C. WILKINSON |

FILED: _____       _____
                                                                            DEPUTY CLERK

## ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss With Prejudice:

**IT IS HEREBY ORDERED,** that plaintiff, Hospital Services District No. 1, A Political Subdivision of the Parish of Terrebonne, State of Louisiana, d/b/a Terrebonne General Medical Center's, claims against defendants, Aetna, Inc., d/b/a Aetna Life Insurance Company, Connecticut General Life Insurance Company (improperly named as CIGNA Healthcare), BP Corporation North America, Inc., and Jessica Breasher, are dismissed with prejudice, each party to bear their own costs.

This __16th__ day of ____August____, 2010, New Orleans, Louisiana.

_____
JUDGE HELEN G. BERRIGAN